Exhibit 1

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**VA 2-270-596**
**Effective Date of Registration:**
September 09, 2021
**Registration Decision Date:**
October 08, 2021

## Title

**Title of Work:** The Broccozilla

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** August 10, 2017
**Nation of 1st Publication:** Brazil

## Author

- **Author:** Ilustrata Servicos Design, Ltda.
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Domiciled in:** Brazil

## Copyright Claimant

**Copyright Claimant:** Ilustrata Servicos Design, Ltda.
Rua Arlete, 147 - Yila Claudia, Limeira, Sao Paulo, 13.408-404, Brazil

## Rights and Permissions

**Organization Name:** Law Offices of John R. Mugno
**Name:** John Robert Mugno
**Email:** johnmugno@aol.com
**Telephone:** (212)925-3474
**Address:** 233 Broadway - Suite 2348
New York, NY 10279 United States

## Certification

**Name:** John R. Mugno
**Date:** September 09, 2021

---

**Copyright Office notes:** Basis for Registration: Registration based on deposited pictorial authorship describing, depicting, or embodying character(s). Compendium 313.4(H).


ブロッコリー
野菜
グリーンモンスター
危険なダイエット
BROCCOZILLA