Exhibit 3

# 021 eBqQYzncSS

25/04/2026, 13:28 Best Friend Animaux De Compagnie Chien Graphic Woman T Shirts Print Summer Luxury Brand Cotton Men's And Women's T-S…

**SHEIN**

dresses

Categories · New In · Sale · Women Clothing · Beachwear · Kids · Curve · Men Clothing · Shoes · Underwear & Sleepwear · Home & Living · Jewelry & Accessories · Beauty & Health · Baby & Maternity · Bags & Luggage · Sport

Home / Women Apparel / Women Uniforms & Special Clothing / Women Costumes & Cosplay Clothing / Cosplay Clothing / Best Friend Animaux De Compagnie Chien Graphic Woman T Shirts Print Summer Luxury Brand Cot...



Mother's Day Sale — Save $27.30

Local Best Friend Animaux De Compagnie Chien Graphic Woman T Shirts Print Summer Luxury Brand Cotton Men's And Women's T-Shirt Short Sleeve

SKU: sc251220233259465650511

$6.68 ~~$33.98~~ -80%

**Size**

S · M · L · XL · XXL · XXXL

Size Guide

All Size are shipped from Local offering faster delivery.

ADD TO CART

Earn up to 6 SHEIN Points calculated at checkout.

**Shipping to** Chicago, ILLINOIS, United States

Free Shipping (If orders ≥ $29.00 from this seller)
Est. Delivery: Apr 30 - May 5, Est. arrival: before Mother's Day.
88% are ≤ 7 business days

30-Day Free Returns

Shopping Security
✓ Safe Payments ✓ Privacy Protection

Marketplace Sold by eBqQYzncSS
Ships from eBqQYzncSS US Warehouse
To report this seller and/or product

**Description**

[ Material Description ]: 100% cotton
[ Product Performance ]: Soft and comfortable to the touch, slightly elastic, easy to wear and match, comfortable and fashionable, simple and practical, ...More

Features

Breathable · Anti Wrinkle

25/04/2026, 13:29 Women's & Men's Clothing, Shop Online Fashion | SHEIN

**SHEIN** Secure Checkout

✓ No Hidden Fees

Cart > Place Order > Pay > Order Complete

## Shipping Address

Change >

Oo Oo [redacted]
111 W Jackson Blvd
Chicago ILLINOIS United States 60604-3589 Default Address

Edit Address

## Ship from eBqQYzncSS(1) QuickShip



-80%
$6.68 ~~$33.98~~
Local
1

STANDARD SHIPPING: $2.99
Delivery: 4-7 business days(Apr 30 - May 5), 88% are ≤ 7 business days, Est. arrival: before Mother's Day >

## Payment Method

PayPal — PayPal

Credit/Debit Card

Apple Pay — Apple Pay

Cash App Pay (Pay Now)

## Order Summary

| | |
|---|---|
| Retail Price:1 Items | $33.98 |
| Shipping Fee: | $2.99 |
| On-Time Delivery: | FREE |
| Promotions | |
| Sales Tax: | |
| **Order Total:** | |

Reward

SHEIN CLUB
Cost $0.04 per
Quarterly(Shipp
Membership Ma
$2.99 $9.9
By continuing, you a

Coupon Cod

Gift Card
0000 0000 0
Link this c

# VA 2-270-596



Order NO.

**GSU1YY226000F7F** Copy

Date

**MAY 08 2026**

Exchange | Cancel | Track

**EBqQYzncSS** >

| Products | Quantity | SKU | Amount | Status | Action |
|---|---|---|---|---|---|
|  Best Friend Animaux De Compagnie Chien Graphic Woman T Shirts Print Summer Luxury Brand Cotton Men's... White / S Local | 1 | SKU: sc251220233259465650511 | $7.54 ~~$33.98~~ | Processing |  |

| | |
|---|---|
| Retail Price: | ~~$33.98~~ |
| Subtotal: | $6.84 |
| Shipping Fee: | $2.99 |
| On-Time Delivery Service: | $0.00 |
| Sales Tax: | $1.01 |
| **Total** | **$10.84** |

**Subscription**

Click "subscribe" to agree promotional messages from SHEIN via Whatsapp! You can unsubscribe at any point. View Privacy Policy for more details.

Subscribe

**Billing Information**

[redacted]
1111 W 35th St 15TH FLOOR
Chicago ILLINOIS United States 60609-1404

**Shipping Information**

[redacted]
1111 W 35th St 15TH FLOOR
Chicago ILLINOIS United States 60609-1404

Edit

**Shipping Method**

STANDARD SHIPPING

**Delivery: May 15-21**

4-8 business days.90% are ≤ 8 business days

**Payment Method**

Credit/Debit Card

**Seller Information**

Seller Name: eBqQYzncSS

Business Address: Room 403, Building 2, No. 283 Wangcheng Avenue, Chengjiao Street, Conghua District, Guangzhou City, Guangdong Province, China (Guangzhou Chuangsheng E-commerce Co., Ltd.)

Business Email Address: Tinfashion10@163.com

The above information is provided by the seller and the English may be automatically translated.

SHEIN does not guarantee the authenticity and accuracy of the information or translations and is intended to be used as a reference for consumers only.

Captured by FireShot Pro: 08 May 2026, 13:52:29
https://getfireshot.com