**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Ilustrata Servicos Design, Ltda.

Plaintiff,

v.

Case No.: 1:26−cv−11932
Honorable LaShonda A. Hunt

The Partnerships and Unincorporated Associations Identified on Schedule A, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 13, 2026:

MINUTE entry before the Honorable LaShonda A. Hunt: The Court has reviewed Plaintiff's amended complaint [13], which includes additional factual allegations and largely resolves its joinder and personal jurisdiction concerns at this time. The Clerk's office is directed, forthwith, to update the caption to reflect that the Defendant in this case is "eBqQYzncSS". By 11/3/26, Plaintiffs are ordered to file a status report proposing next steps in this case, if no other appropriate relief has been sought by that date. Mailed notice (gel,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.